# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA,<br><br>                              Plaintiff,<br>   vs.<br>CESAR HUMBERTO DELGADO-TORRES,<br><br>                              Defendant. | CASE NO. 06cv1304 DMS (LSP)<br><br>**ORDER REQUESTING SUPPLEMENTAL DOCUMENTS** |
|---|---|

The parties have filed their briefs in accordance with this Court's July 31, 2006 Order. After reviewing the briefs and documents submitted therewith, the Court hereby requests the Government submit a copy of Petitioner's A-File on or before **November 1, 2006.**

**IT IS SO ORDERED.**

DATED: October 25, 2006

_____
DANA M. SABRAW
United States District Judge

- 1 -                                                                                                                     06cv1304